No. 559. BROWN v. NEW YORK LIFE INSURANCE Co. February 13, 1939. Petition for writ of certiorari to the

Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Butler B. Hare* and *Calhoun A. Mays* for petitioner. *Mr. Alva M. Lumpkin* for respondent.